1  Anthony I. Paronich, *to seek pro hac vice admission*
2  Paronich Law, P.C.
   350 Lincoln Street, Suite 2400
3  Hingham, MA 02043

4  *Attorney for Plaintiff, others listed below.*

5

6              **IN THE UNITED STATES DISTRICT COURT FOR**
                        **THE DISTRICT OF ARIZONA**
7

8  _____

   | | |
   |---|---|
   | Sara Taylor, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 25-cv-1093 |
   | Plaintiff, | |
   | vs. | |
   | Arizona State University Foundation | |
   | Defendant. | |

              **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

       Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed.
R. Civ. P. 41(a)(1)(A).


                                      Respectfully submitted,


                                      */s/ Anthony I. Paronich*
                                      PARONICH LAW, P.C.
                                      Anthony I. Paronich
                                      350 Lincoln St., Suite 2400

Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*